**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1660**

YUANJIE DU,

        Plaintiff - Appellee,

    v.

CHRISTOPHER SEAN MCCARTHY,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Michael John Aloi, Magistrate Judge. (2:14-cv-00100-MJA)

Submitted: February 1, 2018                Decided: February 9, 2018

Before TRAXLER, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Sean McCarthy, Appellant Pro Se. Yuanjie Du, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Sean McCarthy appeals the magistrate judge's orders[*] granting judgment to his former wife, Yuanjie Du, in her civil action in which she sought enforcement of a Form I-864 Affidavit of Support. *See* 8 U.S.C. §§ 1182(a)(4)(C)(ii), 1183a(a)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Yuanjie Du v. McCarthy,* No. 2:14-cv-00100-MJA (N.D.W. Va. May 9, 2017 & June 20, 2017). We deny Du's motion to seal the record. *See* 4th Cir. R. 25(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)(1) (2012).

2